**Dated: May 25, 2021**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: <br><br> JOHN BROOKER AND DARLENE BROOKER, <br><br> Debtors. | Case No. 15-10029-JDL <br> (Chapter 13) |

### ORDER GRANTING APPLICATION TO ENLARGE TIME

COMES NOW, before me, the undersigned Judge, the *Application To Enlarge Time* (the *"Application"*) [Doc. 106] filed May 25, 2021, by John Brooker and Darlene Brooker. After reviewing the *Application*, the Court FINDS that the *Application* should be and hereby is granted and the time by which Debtors are required to file the Financial Management Course Certificate is enlarged to May 25, 2021. All findings of fact are based on representations of counsel for Debtors.

###

APPROVED:


/s/ Gary D. Hammond
GARY D. HAMMOND, #13825
MITCHELL & HAMMOND
An Association of Professional Entities
512 N.W. 12th Street
Oklahoma City, OK  73103
405.216.0007 Telephone
405.232.6358 Facsimile
gary@okatty.com Email
**ATTORNEYS FOR JOHN BROOKER AND DARLENE BROOKER**